IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 15-cr-00242-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. GEORGE AMAYA,

    Defendant.

## ORDER

This matter is before the Court on the Government's Rule 48 Motion to Dismiss Count 1 in the Criminal Indictment [Docket No. 36]. The Court has reviewed the pleading and is fully advised in the premises. It is

**ORDERED** that the Government's Rule 48 Motion to Dismiss Count 1 in the Criminal Indictment [Docket No. 36] is granted. Count One of the Indictment is dismissed.

DATED February 1, 2016.

BY THE COURT:

PHILIP A. BRIMMER
United States District Judge